SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
EMAIL: scottnjohnson@dapiinc.com
Attorney for Plaintiff Scott N. Johnson

WILLIAM S. BERNHEIM
BERNHEIM, GUTIERREZ & MCCREADY
255 NORTH LINCOLN STREET
DIXON, CA 95620
EMAIL: law@bernheimlaw.net
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Wang<br><br>        Defendants | Case No.: 2:11-cv-01401-LKK-KJN<br><br>**STIPULATION AND ORDER RE: REQUEST FOR EARLY SETTLEMENT CONFERENCE** |

It is hereby requested by the parties, through their designated counsels, Scott N. Johnson and William S. Bernheim that this action be set for an early settlement conference with a

1

STIPULATION AND PROPOSED ORDER REQUESTING FOR EARLY SETTLEMENT CONFERENCE

randomly selected Magistrate Judge. The parties anticipate that the matter will settle at the settlement conference.

Dated: January 12, 2012              DISABLED ACCESS PREVENTS INJURY, INC.


                                     /s/Scott N. Johnson_____
                                     SCOTT N. JOHNSON,
                                     Attorney for Plaintiff


Dated: December 21, 2011             BERNHEIM, GUTIERREZ & MCCREADY


                                     _/s/ William S. Bernheim_____
                                     WILLIAM S. BERNHEIM
                                     Attorney for Defendants


   A settlement conference is set before the Honorable Gregory G. Hollows, United States Magistrate Judge for February 22, 2012 at 9:00 a.m. The parties shall submit confidential settlement conference statements to Mag. Judge Hollows seven (7) days prior to the settlement Conference.

**IT IS SO ORDERED**.

Dated:   January 20, 2012.

                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

2

STIPULATION AND PROPOSED ORDER REQUESTING FOR EARLY SETTLEMENT CONFERENCE